```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF ARIZONA
                          CIVIL MINUTES - GENERAL
```
Prescott Division

**CIV**   <u>  04  </u> / <u>  2352  </u> / <u>  VAM  </u>      DATE:<u> November 18, 2005         </u>
         Year    Case No   Initials

Title:<u>        Delany         </u> vs. <u>United States Forest Service, et al.</u>
                Plaintiff                         Defendant
================================================================================

HON:<u>  Virginia A. Mathis                    </u>       Judge #<u>70BF/VAM    </u>

<u>        K. Lara                      </u>        <u>    CourtSmart        </u>
         Deputy Clerk                                  Recorded

**TELEPHONIC APPEARANCES:**
Marc Delany, pro se plaintiff
AUSA Richard Patrick for the defendants

================================================================================
**PROCEEDINGS:**     <u>   X   </u>**Open Court**      <u>         </u>**Chambers**      <u>        </u>**Other**

Status hearing conducted re: Administrative Record.  Order to follow.