FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 2 7 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc Delany, | No. CIV 04-2352 |
| Plaintiff, | **ORDER** |
| vs. | |
| U.S. Forest Service, et. al., | |
| Defendant. | |

On October 10, 2006 plaintiff filed a Motion for Preliminary Injunction. (Doc. 45). Plaintiff asks the court to enjoin a nonparty (Walker Fire Protection Association) from installing "crash gates" until a final decision from this court. Plaintiff also asks the court to issue an injunction continuing the "... agreement in place with the Prescott National Forest (April 2003) lifting all restriction of plaintiff's use of the road until judicial review is completed." (Doc. 45 at p.1). Both of these requests are tied to the underlying dispute.

This court previously denied a similar motion for injunctive relief. (Doc. 27). All of the reasons for denying plaintiff's previous request still apply. Defendant points out that this motion is more in the nature of a request for reconsideration or renewal of the previous motion for injunctive relief. Plaintiff seems to argue this motion is warranted because the court misunderstood his prior position (regarding whether he is or is not now allowed to use the road). In reading plaintiff's new motion the court still cannot determine whether plaintiff

1  has an agreement with defendant allowing him to use the road pending a final decision by
2  this court. In fact, plaintiff's is so inconsistent in his position and so unclear as to the status
3  quo, this court cannot follow plaintiff's reasoning or determine what his agreement is with
4  the defendant at this time.
5      In any event, all of the reasons for denying injunctive relief set forth previously still
6  apply and the motion will be denied on the same basis. This court adopts the reasoning set
7  forth in its previous order (Doc. 27) and denies plaintiff's renewed motion for preliminary
8  injunction. Nothing has changed.
9      IT IS THEREFORE ORDERED denying plaintiff's motion for preliminary injunction.
10 (Doc. 45).
11     DATED this 27th day of November, 2006.

_____
Virginia A. Mathis
United States Magistrate Judge